CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 10 2019

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| For Clerk's Office Use | |
|---|---|
| Judge | Rec'd |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983**

Randy Sanchez Jr.
Plaintiff full name

1195680
Inmate No.

v.

CIVIL ACTION NO. 7:19 CV 491

ICA Agency, Wallens Ridge State Prison
Defendant(s) full name(s)

***

A. Current facility and address: Wallens Ridge State Prison P.O. Box 759 Big Stone Gap, Va. 24219

B. Where did this action take place? Wallens Ridge State Prison

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes    ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

____ Yes    ✓ No

1. If your answer is Yes, indicate the result:

_____

Time spent in solitary confinement can not be resolved by grievance. Therefore, the claim can not be resolved through grievance

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:
I have been in solitary confinement since June 3rd, and there is no more solitary confinement; The ICA has refused to let me out, and they have refused to place me in the Step Down Program;

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
Discrimination against my race; since June 3rd, 2019, I was never placed in Step Down Program. I was kept in solitary confinement. That is hatred, and deliberate indifference. My person and my race is who the ICA is hating; The institutional charge I have is a non-violent charge, but the ICA is refusing to release me; This is discrimination against my race.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.
$460.00 for each day I am in solitary confinement; June 3rd, 2019 is day 1. I am still in solitary confinement.

G. If this case goes to trial do you request a trial by jury? Yes ✓ No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

DATED: July 3, 2019     SIGNATURE: Randy Sanchez Jr.

VERIFICATION:
I, Randy Sanchez Jr._____, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: July 3, 2019     SIGNATURE: Randy Sanchez Jr.

Randy Sanchez Jr. #1195680 cell# 0508
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, Va. 24219

U.S.D.C.
office of the clerk
210 Franklin Rd., RM 540
Roanoke, Va. 24011

RECEIVED
JUL 06 2019
MAILROOM

24011-000340